IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br>a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY ROD,<br><br>Defendant. | No. CV 21-54-H-SEH<br><br>**ORDER** |

Upon the Joint Motion and Stipulation to Transfer Venue,[1] and good cause appearing,

ORDERED:

The Joint Motion and Stipulation to Transfer Venue[2] is GRANTED.

DATED this 25th day of October, 2021.

SAM E. HADDON
United States District Judge

---

[1] Doc. 7.

[2] Doc. 7.